IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROSEMARY CHAVEZ,

    Plaintiff,

vs.                                          CASE NO.: 1:10-cv-219-SPM-GRJ

JOHN WAYNE EDWARDS, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 7).  Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 7) is *adopted* and incorporated by reference in this order.

2.    The case is *dismissed*.

3.    The motions to proceed in forma pauperis (docs. 2, 6) are *denied*.

DONE AND ORDERED this thirteenth day of June, 2011.

                                                          *s/ Stephan P. Mickle*
                                                          Stephan P. Mickle
                                                           Chief United States District Judge